Tyrone **HURT**, Appellant,

v.

**UNITED STATES** of America,
Appellee.

No. 19656.

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 12, 1966.

Decided Dec. 22, 1966.

Mr. Edmund E. Fleming, Washington,
D. C., for appellant. Mr. Jonathan Weiss,
Washington, D. C., also entered an appearance for appellant.

Miss Carol Garfiel, Asst. U. S. Atty.,
with whom Messrs. David G. Bress, U. S.
Atty., Frank Q. Nebeker and Allan M.
Palmer, Asst. U. S. Attys., were on the
brief, for appellee. Mr. Henry J. Monahan, Asst. U. S. Atty., also entered an appearance for appellee.

Before FAHY, Circuit Judge, BASTIAN,
Senior Circuit Judge, and COFFIN,* Circuit Judge for the United States Court
of Appeals for the First Circuit.

PER CURIAM:

During his trial for robbery,
defined in D.C.Code § 22–2901, appellant
pled guilty. The court on May 28, 1965,
imposed a suspended sentence of one to
three years imprisonment, conditioned
upon satisfactory completion of three
years on probation. On July 16 of the
same year a United States Probation
Officer requested of the court a bench
warrant for appellant's arrest as a probation violator. A hearing was held, followed by revocation of probation.[1] On
appeal to this court we remanded the
case to the District Court for the preparation if possible of a statement of
evidence pursuant to Fed.R.Civ.P. 75(n),
the reporter's notes of the hearing being
unavailable. The parties were unable to
reconstruct such a statement. Accordingly a de novo hearing was held, and
the sentencing judge reaffirmed the revocation of probation. The present appeal
is from this action. Revocation of pro-

---

* Sitting by designation pursuant to Section 291(a) Title 28 U.S.Code.

1. See Title 18, U.S.C. §§ 3651, 3653 and
3655, and Rule 32(e), Fed.R.Crim.P.

bation lies within the sound discretion of the District Court. Burns v. United States, 287 U.S. 216, 53 S.Ct. 154, 77 L. Ed. 266. We find no abuse in this case.

Affirmed.